# UNITED STATES DISTRICT COURT

for the

## Eastern District of California



**FILED**

JUL 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| | ) | Case No. 5:19-MJ-00033-JLT |
| CASEY L. MYERS, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release;

(2)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)  The defendant shall notify the Court and defendant's counsel of any change of address; and

(4)  The defendant must appear at:    United States District Court, Central District of California
_____
*Place*

3470 Twelfth Street, Riverside, CA 92501-3801
on _____10/4/2019 at 8:30 a.m._____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:    7/15/2019

_____
*Defendant's signature*

Date:  7/15/19

_____
*Judicial Officer's Signature*

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*